CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY S. HINES,<br>    Plaintiff, | Civil Action No. 7:17-cv-00077 |
| v. | **FINAL ORDER** |
| EARL C. BARKSDALE, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket.

ENTER: This 27th day of June, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge